CY TECHNOLOGY GROUP, LLC and Mobgob, LLC, Plaintiffs/Counterclaim Defendants–Appellants,

and

Richard Yoon, Scott Chung and Ted Chung, Third–Party Defendants–Appellees,

v.

GROUPON, INC., Defendant/Counterclaim/Third Party Plaintiff–Cross Appellant.

Nos. 2011–1568, 2011–1598.

United States Court of Appeals, Federal Circuit.

July 13, 2012.

Alexander C.D. Giza, Russ August & Kabat, of Los Angeles, CA, argued for plaintiffs/counterclaim defendants-appellants and third party defendants-appellees. With him on the brief were Marc A. Fenster and Andrew D. Weiss.

David B. Abel, DLA Piper LLP (US), of Los Angeles, CA, argued for defendant/counterclaimant/third party plaintiff-cross appellant. With him on the brief was Patrick S. Park.

BRYSON, PROST, and O'MALLEY, Circuit Judges.

## JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.